# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Vernon Vegas | **Repayment Agreement and Order** | No: 5:21-CR-00003-008 |

On January 18, 2022, Vernon Vegas was sentenced to 60 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Vegas. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

### FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:

1. As a result of the judgment entered against me on January 18, 2022, I have been ordered to pay a total fine of $10,000.00 and a special assessment of $100.00.

2. On April 12, 2024, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on January 18, 2022. The current balance of my fine is $9,550.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

| | |
|---|---|
| _/s/ Vernon Vegas_ | 6/27/24 |
| Vernon Vegas | Date |
| _/s/_ | 6/27/24 |
| U.S. Probation Officer | Date |
| _/s/_ | 06/27/2024 |
| Assistant U.S. Attorney | Date |

---

### THE COURT ORDERS:

☒ Approval   ☐ Disapproval

                                      s/Tilman E. Self, III
                                      Tilman E. Self, III
                                      U.S. District Judge

                                      July 22, 2024
                                      Date